UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RALPH COUNTRYMAN, | 3:10-CV-00107-LRH (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 24, 2011 |
| STATE OF NEVADA, et. al., | |
| Defendant. | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a Motion for Settlement Hearing. (Doc. # 31.) Defendants opposed. (Doc. # 34.)

Plaintiff's motion (Doc. # 31) is **DENIED without prejudice**. Plaintiff may renew his motion, if necessary, following the completion of discovery or the court's decision on any summary judgment motions.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
         Deputy Clerk