UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RALPH COUNTRYMAN, | 3:10-cv-00107-LRH-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | May 31, 2012 |
| STATE OF NEVADA, *et al.,* | |
| Defendants. | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's Motion to Exclude All Documents Not Produced During Discovery. (Doc. #51.)  Plaintiff's motion is premature.  Plaintiff may raise any objections he may have with respect to defendants' attempts, if any, to use the "non-produced" documents when the parties complete the pretrial order.  See, LR 16-3 (8) (b).  Plaintiff may also file pretrial motions in limine to exclude defendants' attempts, if any, to utilize documents or materials plaintiff claims should have been but were not produced during discovery.  The court also notes plaintiff has made no motion to compel defendants to provide discovery responses which plaintiff claims were not produced.[1]

    Plaintiff's motion (Doc. #51) is therefore **DENIED**.

**IT IS SO ORDERED.**

                                           LANCE S. WILSON, CLERK

                                           By:   <u>    /s/                          </u>
                                                     Deputy Clerk

---

[1] Plaintiff made a Motion to Compel Defendants to Participate in Discovery (Doc. #22).  The motion was denied (Doc. #26) as the motion was premature because no scheduling order had yet been entered.  Plaintiff did not thereafter renew his motion or file anew motion to compel.