UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RALPH COUNTRYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00107-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| STATE OF NEVADA; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Order Reinstating Report and Recommendation (Doc.#67), and Supplemental Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#78[1]) entered on December 17, 2012, recommending granting Defendant's Motion for Summary Judgment (#52) filed on May 15, 2012, and denying Plaintiff's Cross-Motion for Summary Judgment (#54) filed on May 17, 2012. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

(#67) entered on September 18, 2012, should be reinstated, and adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#67) entered on September 18, 2012, is reinstated and adopted and accepted, and Defendant's Motion for Summary Judgment (#52) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (#54) is DENIED.

IT IS SO ORDERED.

DATED this 23rd day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE